IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-360 |
| | § | |
| WALCO RECYCLING SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Plaintiff Union Pacific Railroad Company has moved for default judgment and the Court, having examined the motion and submissions, finds that Defendant Walco Recycling Services, LLC, is in default, and that Plaintiff has made its proof of damages and reasonable and necessary attorneys' fees and costs to support this judgment. Accordingly, it is

ORDERED and ADJUDGED that Plaintiff Union Pacific Railroad Company shall have and recover of and from Walco Recycling Services, L.L.C., $57,487.00, plus reasonable attorneys' fees and costs, in the total amount of $3,435.40, for a total judgment in the amount of SIXTY THOUSAND NINE HUNDRED TWENTY-TWO AND 40/100 DOLLARS ($60,922.40), plus interest at the rate of 2.21% per annum on the unpaid portion hereof from the date of this Judgment until paid.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, on this 21ST day of July, 2008.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE