IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | Case No. 08-CV-360 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SATISFACTION OF JUDGMENT |
| | ) | |
| WALCO RECYCLING SERVICES, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Union Pacific Railroad Company, by and through their attorney of record, Kyle Wallor, and hereby acknowledge full and complete satisfaction of the judgment, costs and interest entered in this matter by the United States District Court for the Southern District of Texas on July 21, 2008 [16], and said judgment, costs and interest are hereby satisfied, released and discharged of record.

UNION PACIFIC RAILROAD COMPANY, Plaintiff,

By:   /s/Kyle Wallor
      Kyle Wallor, Nebraska Bar No. 21346
      Lamson, Dugan and Murray, LLP

CERTIFICATE OF SERVICE

I hereby certify that on January 19th, 2011, I electronically filed the forgoing with the clerk of the Court using the CM/ECF system which sent notification of such filing to the following: N/A

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document to the following non CM/ECF participants:

Bryan Wallace
Walco Recycling Services, L.L.C.
700 Kellogg Street
Houston TX, 77012-3654

By:   /s/Kyle Wallor
      Kyle Wallor, Nebraska Bar No. 21346
      Lamson, Dugan and Murray, LLP